Yo no Tube mucha Escuela Yo me He Ensenado Leellendo LA
BibliA no se mocho Escribir dispensme Abersi Le Entiende Ami LetrA

(02,253-03
RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 20 2015
Abel Acosta, Clerk

EsTimado Abel Acosta LePongo esTos
Renglones Con el fin de SaludArlo en CompaniA de
Su Apreciable FAmiLiA deseAndo Se Encuentra gosAndo de
CAbAL Salud que esos SON mis mejores deseos que Yo
Les deseo Yaque LA de mi se despide medAJA bien
GrAciAs A Dios no mas que Yo Enrique Perez Le
Pido un FAvor que que Yo se que ustE Puede AlludArme
en Algo Yo no se quen es ustE ni Conosco su CArso
Pero como Alguer eA mi CASo me EsTAbA AlludAno Y An
no me quiso AlludAr Y Yo Como no se ingles en unos
PApeles que Abeses Yo ResebiA Y AY biene su nombre
Por eso Pense Asele esTA CArTA PArA Asele sAber que Yo
quiero CuAlquer FAvor que me PuedA Aser que se lo ngrA
desco deTodo CorAZoN mire Ami llA me An mAndAdo
A EsTos LugAres Por 3 veses el 1996 me Abian mAndAdo
Por cosA de LA TomAdA Pero de Gurnel uniTme AvrodA
Ron PAra WACo TexAs Yo soY de LuncA Y cuAndo llegeto A WACo
el mismo Abogndo FernAndo VillArreAL me bolbio A ExgAñAr
que formAm oTro PApel que HibA AunA Es cuelAT me mAndAron
Aun sef Pi Al ProgrAmA de AlcoLicos Por 9 meses cuandoY
Complete los 9 meses el mimo Abogn me Reporto con LA
migrAcion que queriA que me guiTAron mis PApeles Y me
Hechoran ParA mex. Pero Yo TeriA un Hijo en ese Tiemo en
el Army Y eL HAblo con Los PaTrones Y Aqui me besAron Y
Yo Le Pregunte Al OfficiAL de la migrAcion Cuando me
solTAron que si Yo Tenia que Hir Afirmar Algunos PApeles
como Probecho o Algo del mediso que no Pues Yo llege A WACo

eso fue en el 1997- Cuando me soltaron en el Paso Texas
llege a waco Estube Trabajando Por 5-Años yo Arregle mi
Licencia de manisar en Osten Tex. y a mi Nadie me desia
de Algo de Probecho y el 25 de Abril del 2002 Fue un
Hombre Ami Trabaso Con 2 Polesias A detenerme que Porque
yo Abia quebrado el Probecho el 1996-yo Ledesia no me
lo dieron el Abosado villarrea me Hiso Firmar Papeles que yo
Pensaba que eran de Probecho Pero Era de Sentracia bueno el 2002
me bolbieron A detener Por eso Agarre A un Abogado mexicano
que se llama Felipe Martines el me Presento A Corte Pero
el Enbes de alludarme me Estaba Asustando que yo Tenia
que Firmar Por 30 Años Porque el del Probecho Estaba
muy Enosado Porque yo no Abia Reportado Por 5. Años
yo Ledesia lo mismo que Ami no me Abian dado ese Probecho
bueno me Hiso Firmar que al cabo el me Hiba Alludar y no
me Alludo me mandaron Ala Punta Hise 4-Anos y yo
Hable con el Abogado de San Antonio Tex. Paul A Hampel
y el me saco en Probo el me Arristo Pero Hise 4-Años 6 meses
sos Papeles los Tengo Como Pruebas En La Casa que desde el 2006
que me saco Paul Hampel El me disa mira Tonto ni un
Tonto Ase lo que Tu Ases As Firmado Por Cosas que no debes de
Firmar yo Ledesia es que Ellos me disen que firme y yo de
Tonto Como uste me dise yo A firmado y el me diso mira
Cuando estes ya Afuera busca un Abogado de esos que no
Cobran que Pelean los Casos y les Enseñas estos Papeles
y Cualquer Abogado que los mire Agarran Tu Caso y ellos
Peleanlo que Te An Echo Ganan dinero Para Ellos y A ti Te
quitan lo del Probo y Te Pueden de dar Algo de dinero

● Pero yo Sali y no Le Hise la Lucha Porque yo no se ingles Les dise A unas de mis Hisas Pero ellas Como ella nunca an Andado en estos Problemas me diseron no Papa Nosotras no queremos Andar en Problemas y yo ya no Hise Nada y Hora Esta bes es un Chisme de una nieta mia que Andaba Todo el Tiempo Con migo ella y un Hermanito de ella y Resulta que el dia 2 de febrero de 2009 ella queria unos Sapatos Por que yo Les compraba Todo A ellos y Fui y selos Compre una Tienda que se llama la Acade mia eso fue el Lunes 2 de febrero del 2009- y Toda La semana no diso Nada Por que yo no Le Abia Echo Nada Pero Resulta que Asta el viernes en la noche ya mas

● noche La Allo La mama A fuera Con un muchacho que yo Creo era el Nobio eso ya fue Como el 6-07- de febrero Cuando diso que yo El dia que le Compre los Sapatos. Le queria Aser Algo Lo que Paso que Como La mama o sea mi Hija la mama de mi nieta Cuando la Allo Con el nobio Afuera de la Casa yo Creo sospecho de Algo Por Lo que esta mi nieta y esa Hora la llebe A un Laboratorio yo de eso no Sabia Nada Asta el dia que me llebaron A mi A Corte que fue y el dia 15-16-17 de marzo del 2010 eso se Allo Alli Pero El Abogado que me Teata A mi el Sabia bien que la niña no Tenia Nada mal Pero el queria que to Agararan 20 Anos que yo

● Firmara Por 20 Años Pero Como yo Sabia que yo no debia nada Como Hiba A darme Culpable Por Algo que no debo me llebaron A Sucio y me diero Vidas Por que esta Por medio un detectibe que Parese que el

# 4

A conseso A mi Hiso m. Josefina que como esa buena me
A puesto muchos chismes y me an detenido por que saben
que no es sierto y el detectibe se dio cuenta de eso y como
La Ultima bes que fue el Abogado A Ofreserme que yo fir
mara por Los 20 Años y yo Le dise que no fimaba pero que
si no me Alludaba me soltara y yo Agarraba un Abogado
de Paga y Luego Luego el detectibe A conseso A maria La Hisa
mia que fuera Acusarme de Lo pasado que al cabo me Hiban
A llebar A sucio y a mi no me Hiban A desar Hablar y asi
fue Alli me Estubieron poniendo CArgos desde el 1981-
que como yo Le desia Alguien me Estaba Alludando que yo
TrAbaJe Con el CIRY el 1988-y el 1989 yo TrabaSaba en
el Centro Suvenil en La CArze chica de los Sovenes
y Cuando yo Agarre ese Trabajo el 1988 Tube que Hir Al
Acorte Grande Alli A waco Estubiero Chequeando mi
Record que no debiera nada y Alli SAlio To do LiPio y
por eso Agarre ese Trabajo ora de Lo de mi Nieta Alli en
el Acorte ubo 4 Testijos y el mero del LAboraTorio Alli me
diso claro ENRique Tu Eres Inosente de lo que Te Achacan
A Niña no Esta Ofendida Lo que Tiene unos Rosisos pero
esos Rosisos son de Esa misma noche que la llebo La mama
H Laboratorio Lo que dise La niña Es mentira Alli
deber de Aber esAs Pruebas mas Segura de lo que diso el
el LAboraTorio ora yo queria Hablar Algo Para desfenderme
no me dJaban mires si ubiera quen Hable con migo yo le
esplico Todo lo que me An Echo Porque Por letra yo no se mucho
scebir y Abersi Le Entiende y Por favor Alludeme en Algo asi
Iquera Hable conmigo /Sin mas ENRique Perez I que Dios me los
bendiga a Todos